954

No. 426, Misc. KELLEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 445, Misc. HOLLAND v. CAPITAL TRANSIT Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 451, Misc. BABICH v. WISCONSIN. Supreme Court of Wisconsin. Certiorari denied. A. W. Richter for petitioner. Vernon W. Thomson, Attorney General of Wisconsin, Harold H. Persons and William A. Platz, Assistant Attorneys General, and William J. McCauley for respondent. 

No. 454, Misc. SLEIGHTER v. BURKE, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. George E. C. Hayes for petitioner.

No. 458, Misc. PORCH v. GEORGIA. Supreme Court of Georgia. Certiorari denied. Joseph S. Crespi for petitioner. 

No. 472, Misc. UNITED STATES EX REL. RUSSO v. THOMPSON, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 484, Misc. HOLLINGSWORTH v. BIRD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 492, Misc. AARON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 501, Misc. BRYANT v. PENNSYLVANIA. Supreme Court of Pennsylvania, Eastern District. Certiorari de-